UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAWANNA FRAISER, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC.,<br><br>Defendant. | Court File No.: 3:12-CV-01182 (JCH)<br><br><br>November 1, 2012 |

### MOTION TO DISMISS AND TO STRIKE PLAINTIFF TAWANNA FRAISER'S CLASS ALLEGATIONS

Defendant Stanley Black & Decker, Inc. ("Black & Decker"), by and through its attorneys, respectfully move this Court for an Order to strike Plaintiff's class action allegations, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f), and to dismiss Plaintiff's Class Action Complaint under Fed. R. Civ. P. 12 (b)(6) for failing to state a cause of action.

The grounds for this motion are set forth in the Memorandum of Law in Support of Motion to Dismiss and to Strike Plaintiff Tawanna Fraiser's Class Allegations and exhibits, together with all relevant files, records and proceedings herein.

**ORAL ARGUMENT REQUESTED.**

Date: November 1, 2012          By: _____/s/_____

Jeffrey L. Ment
ROME MCGUIGAN, P.C.
One State Street, 13th Floor
Hartford, CT 06103
Telephone: (860) 493-3522
Facsimile: (860) 724-3921
jment@rms-law.com

David L. Young (*pro hac vice pending*)
William E. Manske (*admitted pro hac vice*)
BARNES & THORNBURG LLP
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 333-2111
Facsimile: (612) 333-6798
david.young@btlaw.com
william.manske@btlaw.com

Mark P. Miller (*admitted pro hac vice*)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-5606
Facsimile: (312) 759-5646
mark.miller@btlaw.com

**ATTORNEYS FOR DEFENDANT
STANLEY BLACK & DECKER, INC.**

## CERTIFICATION OF SERVICE

I hereby certify that on November 1, 2012 a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____/s/_____

MIDS01 674555v1