UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action
No: 12-cv-1182-WGY

FRAISER
Plaintiff

v.

STANLEY BLACK & DECKER, INC.
Defendant

ORDER OF DISMISSAL

YOUNG, D.J.

     After a hearing held on 10/7/2013, this Court Orders that Defendant's Motion to Dismiss is Allowed and for the reasons stated on the record the above entitled action be and hereby is Dismissed

By:    /s/ Jennifer Gaudet
Deputy Clerk

January 16, 2014

Notice mailed to counsel of record.