## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAWANNA FRAISER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | NO. 3:12CV1182 (WGY) |
| : | |
| STANLEY BLACK & DECKER, INC. : | |
| : | |
| Defendant. : | |

## **JUDGMENT**

This action came on for consideration on defendant's Motion to Dismiss before the Honorable William G. Young, United States District Judge. On October 7, 2013, an Order entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant Stanley Black & Decker, Inc. and the complaint is dismissed.

Dated at Boston, Massachusetts, this 16th day of January 2014.

ROBIN TABORA, CLERK

By /s/ Jennifer Gaudet
Jennifer Gaudet
Deputy Clerk

EOD:    1/16/2014