UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAWANNA FRAISER, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY BLACK & DECKER, INC.,<br><br>Defendant. | Civil Action No. 3:12 cv 1182 (WGY)<br><br><br><br>January 27, 2014 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Tawanna Fraiser, on Behalf of Herself and all Others Similarly Situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on the 16th day of January, 2014 (Doc. No. 64), dismissing the complaint.

                          PLAINTIFF

                          /s/ David A. Slossberg
                        David A. Slossberg ct13116
                        David L. Belt ct04274
                        **HURWITZ SAGARIN SLOSSBERG & KNUFF**
                        147 North Broad Street
                        P.O. Box 112
                        Milford, Connecticut 06460
                        Telephone: (203) 877-8000
                        Facsimile (203) 878-9800
                        Emails:
                        DSlossberg@hssklaw.com
                        DBelt@hssklaw.com

Sanford P. Dumain ct08138
Andrei V. Rado ct25854
Johnathan P. Seredynski phv05600
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY  10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Emails:
sdumain@milberg.com
arado@milberg.com
jseredynski@milberg.com

**Counsel for Plaintiff**

CERTIFICATE OF SERVICE

  This is to certify that on January 27, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

  A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, Massachusetts.

/s/ David A. Slossberg
